IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELVIN TAYLOR and DIANA E. TAYLOR,

    Plaintiffs,

vs.                                                                            No. CIV 14-0989 JB/CG

L&P BUILDING SUPPLY OF LAS CRUCES,
INC., individually and as successor-in-interest
to L&P Building Supply; AMERICAN
OPTICAL CORPORATION; CERTAINTEED
CORPORATION; GEORGIA PACIFIC
CORPORATION; HONEYWELL
INTERNATIONAL, INC., f/k/a Allied Signal
Inc., individually and as successor-in-interest to
the Bendix Corporation; KAISER GYPSUM
COMPANY, INC.; UNION CARBIDE
CORPORATION; and KEENAN SUPPLY
DIVISION,

    Defendants.

## **ORDER**[1]

**THIS MATTER** comes before the Court on L&P Building Supply of Las Cruces Inc.'s Motion for Default Judgment on Counterclaims [Doc. 19-5] of Wrongful Joinder, filed January 13, 2015 (Doc. 56)("Motion"). The Court held a hearing on the Motion on February 13, 2015. For the reasons it gave at the hearing, the Court denies the Motion.

**IT IS ORDERED** that L&P Building Supply of Las Cruces Inc.'s Motion for Default Judgment on Counterclaims [Doc. 19-5] of Wrongful Joinder, filed January 13, 2015 (Doc. 56), is denied.

---

[1]This Order disposes of L&P Building Supply of Las Cruces Inc.'s Motion for Default Judgment on Counterclaims [Doc. 19-5] of Wrongful Joinder, filed January 13, 2015 (Doc. 56). The Court may, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision.

- 2 -

                                                _____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Zackeree S. Kelin
Albuquerque, New Mexico

--and--

Jeffrey A. Kaiser
Joshua O. Reed
Kaiser Gornick LLP
Walnut Creek, California

    *Attorneys for the Plaintiffs*

Gilbert Houston Frith
Trace L. Rabern
The Frith Firm
Santa Fe, New Mexico

    *Attorneys for Defendant L&P Building Supply of Las Cruces, Inc.*

Spencer L. Edelman
Michelle A. Hernandez
Modrall Sperling Roehl Harris & Sisk, PA
Albuquerque, New Mexico

--and--

Mary Price Birk
Ronald L. Hellbusch
Baker & Hostetler, LLP
Denver, Colorado

    *Attorneys for Defendant Certainteed Corporation*

Tonn K. Petersen
Perkins Coie LLP
Boise, Idaho

    *Attorneys for Defendants Georgia Pacific Corporation and Honeywell International, Inc.*