IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MELVIN TAYLOR and DIANA E. TAYLOR,

      Plaintiffs,

vs.                                                                                                   No. CIV 14-0989 JB/CG

L&P BUILDING SUPPLY OF LAS CRUCES,
INC., individually and as successor-in-interest
to L&P Building Supply; AMERICAN
OPTICAL CORPORATION; CERTAINTEED
CORPORATION; GEORGIA PACIFIC
CORPORATION; HONEYWELL
INTERNATIONAL, INC., f/k/a Allied Signal
Inc., individually and as successor-in-interest to
the Bendix Corporation; KAISER GYPSUM
COMPANY, INC.; UNION CARBIDE
CORPORATION; and KEENAN SUPPLY
DIVISION,

      Defendants.

## FINAL JUDGMENT

      **THIS MATTER** comes before the Court on: (i) the Order of Dismissal of Defendant Kelly-Moore Paint Company, Inc., filed October 31, 2014 (Doc. 1-3)("Kelly-Moore Order"); (ii) the Order of Dismissal of Defendant Ferguson Enterprises, Inc., Sued as Ferguson Enterprises, Inc., of Virginia, as Successor-in-Interest to and D/B/A Alamo Pipe & Supply, Inc. filed October 31, 2014 (Doc. 1-3)("Ferguson Order"); (iii) the Order of Dismissal without Prejudice, filed October 31, 2014 (Doc. 1-3)("El Paso Pipe Order"); (iv) the Stipulated Order of Dismissal with Prejudice as to Defendant Hajoca Corporation Only, filed December 4, 2014 (Doc. 37)("Hajoca Order"); (v) the Stipulated Order of Dismissal with Prejudice as to Defendant Union Carbide Corporation Only, filed January 2, 2015 (Doc. 49)("Union Carbide Order"); (vi) the Stipulated Order of Dismissal with Prejudice as to Defendant Kaiser Gypsum Company, Inc., filed

February 9, 2015 (Doc. 75)("Kaiser Order"); (vii) the Stipulated Order of Dismissal with Prejudice as to Defendant American Optical Corporation Only, filed August 20, 2015 (Doc. 86)("American Optical Order"); (viii) the Stipulated Order of Dismissal without Prejudice as to Defendant L&P Building Supply of Las Cruces Only, filed November 30, 2015 (Doc. 100)("L&P Building Supply Order"); (ix) the Stipulated Order of Dismissal with Prejudice as to Defendant Georgia-Pacific Corporation Only, filed December 2, 2015 (Doc. 103)("Georgia-Pacific Order"); (x) the Stipulated Order of Dismissal with Prejudice as to Defendant Certainteed Corporation Only, filed January 15, 2016 (Doc. 109)("Certainteed Order"); and (xi) the Stipulated Order of Dismissal with Prejudice as to Defendant Honeywell International, Inc., Individually and as Successor-in-Interest to the Bendix Corporation, Formerly Known as Allied Signal, Inc., Successor Bendix, Only, filed February 29, 2016 (Doc. 110)("Honeywell Order"). In the Hajoca Order, the Court dismissed Defendant Hajoca Corporation, Keenan Supply Division, with prejudice, with each side to bear its own costs. See Hajoca Order at 1-2.  In the Kelly-Moore Order, the Honorable Sarah M. Singleton, District Court Judge for New Mexico's First Judicial District, dismissed Defendant Kelly-Moore Paint Company without prejudice, with each party to bear its own costs. See Kelly-Moore Order at 1.  In the Ferguson Order, Judge Singleton dismissed Defendant Ferguson Enterprises, Inc., sued as Ferguson Enterprises, Inc., of Virginia, as successor-in-interest to and d/b/a Alamo Pipe & Supply, Inc., without prejudice, with each party to bear its own costs. See Ferguson Order at 1.  In the El Paso Pipe Order, Judge Singleton dismissed Defendant El Paso Pipe & Pump Supply Co. without prejudice, with each side to bear its own costs. See El Paso Pipe Order at 1-2.  In the Union Carbide Order, the Court dismissed Defendant Union Carbide Corporation from the case with prejudice, with each side to bear its own costs. See Union Carbide Order at 1.  In the Kaiser Order, the Court granted

Defendant Kaiser Gypsum Company, Inc. and Plaintiffs Melvin Taylor and Diana Taylor's Unopposed Motion for Dismissal with Prejudice as to Defendant Kaiser Gypsum Company, Inc., filed February 5, 2015 (Doc. 74), and dismissed Kaiser Gypsum Company, Inc. from the case with prejudice.  See Kaiser Order at 1.  In the American Optical Order, the Court dismissed Defendant American Optical Corporation from the case with prejudice, with each side to bear its own costs.  See American Optical Order at 1.  In the L&P Building Supply Order, the Court dismissed Defendant L&P Building Supply of Las Cruces, Inc. from the case without prejudice, with each side to bear its own costs.  See L&P Building Supply Order at 1.  In the Georgia-Pacific Order, the Court dismissed Defendant Georgia-Pacific Corporation from the case with prejudice, with each side to bear its own costs.  See Georgia-Pacific Order at 1.  In the Certainteed Order, the Court dismissed Defendant Certainteed Corporation from the case with prejudice, with each side to bear its own costs.  See Certainteed Order at 1.  In the Honeywell Order, the Court dismissed Defendant Honeywell International, Inc. from the case with prejudice, with each side to bear its own costs.  See Honeywell Order at 1.  Having resolved all claims and issues before the Court, the Court dismisses the case.

    **IT IS ORDERED** that this action is dismissed, and final judgment is entered.

        _____
        UNITED STATES DISTRICT JUDGE

*Counsel*:

Zackeree S. Kelin
Kelin Law Firm, P.C.
Albuquerque, New Mexico

--and--

- 4 -

Jeffrey A. Kaiser
Joshua O. Reed
Kaiser Gornick, LLP
Walnut Creek, California

    *Attorneys for the Plaintiffs*

Gilbert Houston Frith
Trace L. Rabern
The Frith Firm
Santa Fe, New Mexico

    *Attorneys for Defendant L&P Building Supply of Las Cruces, Inc.*

Spencer L. Edelman
Tim L. Fields
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant American Optical Corporation*

Spencer L. Edelman
Michelle A. Hernandez
Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Albuquerque, New Mexico

--and--

Mary Price Birk
Ronald L. Hellbusch
Baker & Hostetler, LLP
Denver, Colorado

    *Attorneys for Defendants Certainteed Corporation and Union Carbide Corporation*

Tonn K. Petersen
Perkins Coie LLP
Boise, Idaho

    *Attorneys for Defendants Georgia Pacific Corporation and Honeywell International, Inc.*

- 5 -

Kurt B. Gilbert
Tyler M. Cuff
Rodey, Dickason, Sloan, Akin & Robb P.A.
Albuquerque, New Mexico

    *Attorneys for Defendant Kaiser Gypsum Company, Inc.*

Thomas R. Mack
Miller Stratvert P.A.
Albuquerque, New Mexico

    *Attorney for Defendant Kelly Moore Paint Company, Inc.*